(5)

**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEAL & COURT of | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|
| IN THE CASE OF | | | | | | |
| | V.S. Marquez | | FOR | | | |
| | | | AT | | | |

**FILED**
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): **Flavia Aidee Marquez**

| | DOCKET NUMBERS |
|---|---|
| Defendant—Adult | Magistrate |
| Defendant - Juvenile | 08 MG1675 |
| Appellant | District Court |
| Probation Violator | |
| Parole Violator | Court of Appeals |
| Habeas Petitioner | |
| 2255 Petitioner | |
| Material Witness | |
| Other | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor
**1324**

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: **Flea Market / Swap Meet**
- IF YES, how much do you earn per month? $ **300/mo**
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED: $ ____   SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE: ____   DESCRIPTION: ____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | $ | $ 0 |
| | Food | $ | $ 50 |
| | Clothes | $ | $ 100 |
| | Cell - Cell / Trans | $ | $ 100 |
| | | | $ 250/mo |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **5/29/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Flavia Marquez**