FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08CR 1948 LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| FLAVIA MARQUEZ-MARQUEZ (1), ) | (v)(II) - Transportation of |
| JUAN CARLOS LOZA-SOTELO (2), ) | Illegal Aliens and Aiding and |
| ) | Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about May 27, 2008, within the Southern District of California, defendants FLAVIA MARQUEZ-MARQUEZ and JUAN CARLOS LOZA-SOTELO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jacob Gonzalez-Romero, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
6/3/08