| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS ARGUELLO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No.157162 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 / Fax: (619) 235-2757 |
| | Email: carlos.arguello2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1948-LAB |
| | | ) | |
| 12 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 13 | v. | ) | |
| | | ) | |
| 14 | FLAVIA MARQUEZ-MARQUEZ | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| | | ) | |

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

19   case.   I certify that I am admitted to practice in this court or authorized to practice under

20   CivLR 83.3.c.3-4.

21       The following government attorneys (who are admitted to practice in this court or

22   authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

23   listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic

24   Filings relating to activity in this case:

25       <u>Name</u> (If none, enter "None" below)

26       None.

27   //

28   //

1   Effective this date, the following attorneys are no longer associated with this case and
2   should not receive any further Notices of Electronic Filings relating to activity in this case (if
3   the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate
4   this association):
5   Name (If none, enter "None" below)
6   None.
7   Please call me if you have any questions about this notice.
8   DATED: September 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos Arguello*
CARLOS ARGUELLO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: carlos.arguello2@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1948-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FAVIA MARQUEZ-MARQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Oliver Cleary
2. Jason Ser

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008        /s/ *Carlos Arguello*
                                     CARLOS ARGUELLO
                                     Assistant U.S. Attorney